FW: Transferred case has been opened    ↓ Download    ☁ Save to OneDrive

**FW: Transferred case has been opened**

C    CASDdb_interdistricttransfer_casd
Mon 6/7/2021 7:57 PM

To: Theodore Lewis </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipien

From: cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
Sent: Monday, June 7, 2021 7:57:18 PM (UTC+00:00) Monrovia, Reykjavik
To: CASDdb_interdistricttransfer_casd
Subject: Transferred case has been opened

CASE: 3:21-cv-00152

DETAILS: Case transferred from California Southern
has been opened in Southern District of Florida
as case 0:21-cv-61180, filed 06/07/2021.

Reply  |  Forward